RECEIPT #_____ 53716
AMOUNT $_____ 150
SUMMONS ISSUED____ 1
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY CLK_____
DATE____ 12-24-03

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 24  A 11: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUSAN GALE,                          *
Plaintiff                            *
                                     *
                                     *    CIVIL ACTION
VS.                                  *    NO.        MAGISTRATE JUDGE Cohen
                                     *
                                     *
UNUM LIFE INSURANCE COMPANY,         *    03 CV 12601 RGS
Defendant                            *

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.    The Plaintiff, Susan Gale, is an individual with a resident address of 15 Foundry

      Street, South Easton, Massachusetts.

2.    The Defendant, UNUM Life Insurance Company (hereinafter "UNUM"), is upon

      information and belief a foreign corporation duly organized under the laws of the

      State of Nevada, with a principal place of business at 2211 Congress Street, Portland,

      Maine; and having as its resident agent for service of process, CT Corporation

      System, 101 Federal Street, Boston, Massachusetts.

3.    Jurisdiction of this Honorable Court is based upon diversity of citizenship, amount in

      controversy and federal question under the Employee Retirement Income Security

      Act of 1974, 29 U.S.C. section 1001, et. seq.

LAW OFFICES OF
DOUGLAS C. DUFAULT, JR.
250 East Main Street, Suite #4
Norton, MA  02766
(508) 285-6000

- 2 -

4.    On or about January 12, 1997, Susan Gale was the beneficiary of a Group Insurance

Policy No. 367097 between UNUM and Northeast Theatre Corporation, which policy

provided for Long Term Disability benefits.

5.    On or about January 12, 1997, Susan Gale became totally disabled from her

employment as the result of a traumatic blow to the head, which disability has

remained constant from said date to the present.

6.    Thereafter, Susan Gale applied for Long Term Disability benefits under the

aforementioned Group Insurance Policy issued by the Defendant, UNUM, seeking

benefits from her eligibility date following her injury and continuing.

7.    Thereafter, UNUM paid Long Term Disability benefits to the Plaintiff, Susan Gale,

under the aforementioned policy covering the Plaintiff through December 10, 2001.

8.    Subsequent to December 10, 2001, the Defendant, UNUM, discontinued the

Plaintiff's Long Term Disability benefits, alleging that the Plaintiff was no longer

eligible for said benefits due to a "24 month mental illness cap" set forth in the

aforementioned policy.

9.    At all times material hereto, the Plaintiff, Susan Gale, has continued to suffer from a

physical disability brought on by trauma to the head in a slip and fall on ice on or

about January 12, 1997.

10.    At all times material hereto, said policy covering Plaintiff provides Long Term
       Disability benefits for the physical injuries resulting in the Plaintiff's continued
       disability.

11.    In basing its denial of the claimant's claim for Long Term Disability benefits on the
       aforementioned reasons setout herein, the Defendant, UNUM, acted arbitrarily,
       capriciously and in violation of the law by intentionally misinterpreting the policy
       language, and willfully misrepresenting said policy language to the claimant, Susan
       Gale.

12.    Moreover, in misinterpreting the policy language as setout herein, and in
       misrepresenting said policy language to the claimant so as to exclude the Plaintiff
       from Long Term Disability benefits, the Defendant, UNUM, has also acted
       fraudulently so as to deprive the Plaintiff of Long Term Disability benefits to which
       she is entitled.

13.    The actions on the part of the Defendant, UNUM, in wrongfully denying the
       claimant's claim, constitute an intentional and willful breach of the Group Insurance
       Policy under which the claimant, Susan Gale, is an intended beneficiary, and as such,
       constitute a breach of contract on the part of the Defendant, UNUM.

- 4 -

## COUNT I
### (Breach of Contract)

14.    The Plaintiff, Susan Gale, repeats, reavers and realleges paragraphs 1 through 13, as if fully set out herein, and expressly makes them part of Count I.

15.    As a result of the actions of the Defendant, UNUM, which actions constituted a breach of contract as set forth herein, the Plaintiff, Susan Gale, has been, and continues to be, deprived monies by way of Long Term Disability benefits to which she is rightfully entitled.

WHEREFORE, the Plaintiff, Susan Gale, demands judgment against the Defendant, UNUM Life Insurance Company, in an amount sufficient and proper to compensate her for such losses, together with interest and costs of this action.

## COUNT II
### (Fraud)

16.    The Plaintiff, Susan Gale, repeats, reavers and realleges paragraphs 1 through 15, as if fully set out herein, and expressly makes them part of Count II.

17.    As set forth above, the actions on the part of the Defendant, UNUM, in wrongfully classifying the Plaintiff's disability as a "mental illness", constitute fraud on the part the Defendant, UNUM, its agents, servants and/or employees.

LAW OFFICES OF
DOUGLAS C. DUFAULT, JR.
250 East Main Street, Suite #4
Norton, MA  02766
(508) 285-6000

18.    As a result of the fraudulent actions of the Defendant, UNUM, which actions

constituted a breach of contract as set forth herein, the Plaintiff, Susan Gale, has been

deprived of monies to which she is otherwise rightfully entitled.

WHEREFORE, the Plaintiff, Susan Gale, demands judgment against the Defendant,

UNUM Life Insurance Company, in an amount sufficient and proper to compensate her for

such losses, together with interest and costs of this action.

## COUNT III
### (Intentional Misrepresentation)

19.    The Plaintiff, Susan Gale, repeats, reavers and realleges paragraphs 1 through 18, as

if fully set out herein, and expressly makes them part of Count III.

20.    As set forth above, the actions on the part of the Defendant, UNUM, in intentionally

misrepresenting to the Plaintiff that her disability is "psychological" in nature, and

therefore no longer covered under the subject Group Insurance policy, constitute

fraud on the part the Defendant, UNUM, its agents, servants and/or employees.

21.    As a result of the intentional misrepresentations of the Defendant, UNUM, which

intentional misrepresentations constitute a breach of contract as set forth herein, the

Plaintiff, Susan Gale, has been deprived of monies to which she is otherwise

rightfully entitled.

LAW OFFICES OF
DOUGLAS C. DUFAULT, JR.
250 East Main Street, Suite #4
Norton, MA  02766
(508) 285-6000

WHEREFORE, the Plaintiff, Susan Gale, demands judgment against the Defendant, UNUM Life Insurance Company, in an amount sufficient and proper to compensate her for such losses, together with interest and costs of this action.

## COUNT IV
### (Violation of ERISA, 29 U.S.C. secs. 1001-1461)

22.    The Plaintiff, Susan Gale, repeats, reavers and realleges paragraphs 1 through 21, as if fully set out herein, and expressly makes them part of Count IV.

23.    At all times material hereto, the actions and decisions on the part of the Defendant, UNUM, as Plan Administrator, in classifying the Plaintiff's disability as "psychological" in nature and in discontinuing the Plaintiff's Long Term Disability benefits, were arbitrary and capricious and wholly unsupported by the evidence.

24.    Moreover, at all times material hereto, the Defendant, UNUM, as Plan Administrator, acted fraudulently and with the intent to misrepresent the Long Term Disability policy provisions covering the Plaintiff.

25.    As a result of the arbitrary and capricious nature of the actions and decisions on the part of the Defendant, UNUM, its agents, servants and/or employees, as well as the fraudulent and intentional misrepresentations related thereto, all in violation of the Employee Retirement Income Security Act of 1974 (29 U.S.C. secs. 1101-1461), the

Plaintiff, Susan Gale, has been deprived of Long Term Disability benefits to which she is otherwise rightfully entitled.

WHEREFORE, the Plaintiff, Susan Gale, demands judgment against the Defendant, UNUM Life Insurance Company, in an amount sufficient and proper to compensate her for such losses, together with interest, costs, punitive damages and reasonable attorney's fees, all as provided under the Employee Retirement Income Security Act of 1974 (29 U.S.C. secs. 1101-1461).

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS
AND ISSUES SO TRIABLE**

Respectfully submitted,
For the Plaintiff, Susan Gale
By her attorney,

Douglas C. Dufault, Jr. (#561295)
DOUGLAS C. DUFAULT, JR., P.C.
250 East Main Street, Suite #4
Norton, Massachusetts 02766
(508) 285-6000

DATED: December 18, 2003