UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GALE, <br> Plaintiff <br> <br> VS. <br> <br> UNUM LIFE INSURANCE COMPANY, <br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 03 CV 12601-RGS |

## PLAINTIFF'S MOTION TO ENLARGE TIME
## FOR SERVICE OF PROCESS

Now comes the Plaintiff, through counsel and pursuant to Fed.R.Civ.P. 6(b), and respectfully requests that this Honorable Court grant her Motion to Enlarge Time For Service of Process. As grounds therefore, Plaintiff states that reasonable efforts have been undertaken to serve the Defendant, UNUM Life Insurance Company, but that Service of Process has yet to be effectuated.

As further grounds therefore, Plaintiff states that no party would be prejudiced by the allowance of said motion, and that there is good cause for failure to make service, as set forth in the Affidavit of Douglas C. Dufault, Jr., Esquire, filed contemporaneously herewith, and incorporated herein by reference.

WHEREFORE, the Plaintiff, Susan Gale, respectfully requests that this Honorable Court enlarge the time to make service upon the Defendant, UNUM Life Insurance

LAW OFFICES OF
DOUGLAS C. DUFAULT, JR.
250 East Main Street, Suite #4
Norton, MA 02766
(508) 285-6000

- 2 -

Company, up to and including June 10, 2004, or such other date as this Honorable Court shall allow.

        Respectfully submitted,
        For the Plaintiff, Susan Gale
        By her attorney,

        Douglas C. Dufault, Jr. (#561295)
        DOUGLAS C. DUFAULT, JR., P.C.
        250 East Main Street, Suite #4
        Norton, Massachusetts 02766
        (508) 285-6000

DATED: April 12, 2004