UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GALE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 03-CV-12601 RGS<br><br>FILING FEE PAID:<br>RECEIPT # 55650<br>AMOUNT $ 5000<br>BY DPTY CLK |

## MOTION TO ADMIT ATTORNEY BYRNE J. DECKER
## *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)     Defendant Unum Life Insurance Company ("Unum") seeks to have Attorney Byrne J. Decker appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)     I, Christopher T. Roach, am a member of the bar of this Court and have entered an appearance for Defendant Unum in this case. I am a partner in the law firm of Pierce Atwood.

(3)     I am actively associated with Attorney Byrne J. Decker, who is a partner at Pierce Atwood.

(4)     Accompanying this Motion is a Certificate by Byrne J. Decker certifying that he meets the requirements specified in Local Rule 83.5.3.

(5)     No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

(6)     Counsel for Plaintiff Douglas C. Dufault, Esquire has not yet advised as to whether he assents to the relief requested herein.

{W0233895.1}

WHEREFORE, I hereby move that Byrne J. Decker be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

Dated: 05/03/04

*/s/ Christopher T. Roach*
Christopher T. Roach
Bar Reg. No. 632811

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendant
Unum Life Insurance Company of America

{W0233895.1}