UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GALE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 03-CV-12601 RGS |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below named attorney enters an appearance as counsel for Defendant Unum Life Insurance Company of America:

        Byrne J. Decker
        Pierce Atwood
        One Monument Square
        Portland, ME 04101
        (207) 791-1100

Dated: 05/03/04

_____
Byrne J. Decker
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendant
Unum Life Insurance Company of America

{W0233893.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed pleadings were served upon counsel for Plaintiff, via regular mail, postage prepaid, addressed as follows:

>Douglas C. Dufault, Jr., PPC.
>250 East Main Street, Suite #4
>Norton, MA 02766

DATED: 05/03/04

_____
Christopher T. Roach
Bar Reg. No. 632811

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

{W0233895.1}