UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SUSAN GALE
    Plaintiff

    v.                        CIVIL ACTION NO. 03-12601-RGS

UNUM LIFE INSURANCE COMPANY
    Defendant

**SETTLEMENT ORDER OF DISMISSAL**

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

                        BY:

                            /s/ Mary H. Johnson
                            Deputy Clerk

**DATED: 6-9-04**