UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -4 P 1:24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SUSAN GALE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 03-CV-12601 RGS |

**DEFENDANT'S CERTIFICATION REQUIRED BY LOCAL RULE 16.1**

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: June ___, 2004

_____
Byrne J. Decker
PIERCE ATWOOD
One Monument Square
Portland, Maine 04101
(207) 791-1100

Attorneys for Defendant
Unum Life Insurance Company of America

Dated: May ___, 2004

_____
Mary Elizabeth Fougere
Assistant Vice President & Counsel

UnumProvident Corporation
2211 Congress Street
Portland, ME  04122

{W0242173.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant's Certification Required By Local Rule 16.1 was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

Douglas C. Dufault, Jr., PPC.
250 East Main Street, Suite #4
Norton, MA 02766

DATED: June 2, 2004

Byrne J. Decker