UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

| | | |
|---|---|---|
| SUSAN GALE, | ) | 2004 JUN 24  A 11: 42 |
| Plaintiff, | ) ) ) | U.S. DISTRICT COURT DISTRICT OF MASS. |
| v. | ) | Civil Action No. 03-CV-12601 RGS |
| UNUM LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Now come the Plaintiff, Susan Gale, and the Defendant, UNUM Life Insurance Company of America, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| SUSAN GALE<br>By Her Attorney, | UNUM LIFE INSURANCE<br>COMPANY OF AMERICA<br>By Its Attorney, |
| Douglas C. Dufault, Jr., Esq.<br>250 East Main Street, Ste. 4<br>Norton, MA 02766<br>(508) 285-6000 | By the J. Decker, Esquire<br>Pierce Atwood<br>One Monument Square<br>Portland, ME 04101<br>(207) 791-1100 |

DATED: June 21, 2004